IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 24 2011 ★

Rec'd 2/28/11 LH

BROOKLYN OFFICE

NIGEL BROWN,
BRANDON SHAW,
    Petitioner

-vs-

UNITED STATES OF AMERICA,
    Respondent

Civil No. 1:10-cv-02641-SJ

Crim. No. 1-05-cr-0419

## NOTICE OF APPEAL

Comes now the Petitioner, Nigel Brown/Brandon Shaw, and respectfully submits his notice of appeal. Specifically, Petitioner appeals the Order entered on January 20, 2011 denying his 28 USC 2255 motion to vacate. Petitioner appeals this decision to the Second Circuit Court of Appeals located in New York, NY

Respectfully Submitted on this, the 22 day of February, 2011.

_N. B___

Brandon Shaw

1

CERTIFICATE OF SERVICE

I, Brandon Shaw, hereby certify under the penalty of perjury that a true and accurate copy of the foregoing has been sent, via 1st Class U.S. Mail, postage prepaid, to the Office of the U.S. Attorney, 147 Pierrepont Street; Brooklyn, NY 11201, on this, the 22 day of February, 2011.

N. B____

Brandon Shaw
Reg. No. 63566-053
USP Lee
P.O. Box 305
Jonesville, VA 24263

2

APPEAL, IFP, PROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:10−cv−02641−SJ
## *Internal Use Only*

Brown v. United States of America  
Assigned to: Senior Judge Sterling Johnson, Jr  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/07/2010  
Date Terminated: 01/20/2011  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Nigel Brown**  
*also known as*  
Brandon Shaw

represented by **Nigel Brown**  
# 63566−053  
USP Lee  
U.S. Penitentiary  
P.O. Box 305  
Jonesville, VA 24263  
PRO SE

V.

**Respondent**

**United States of America**

represented by **Colleen Elizabeth Kavanagh**  
United States Attorneys Office  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, NY 11201−1820  
718−254−6556  
Fax: 718−254−6327  
Email: Colleen.Kavanagh@usdoj.gov  
*TERMINATED: 11/19/2010*  
*ATTORNEY TO BE NOTICED*

**Roger Anson Burlingame**  
United States Attorneys Office  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, NY 11201−1820  
(718) 254−6422  
Fax: 718−254−6481  
Email: roger.burlingame@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2010 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Nigel Brown. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 06/11/2010) |
| 06/07/2010 | 2 | Notice of Related Case (Bowens, Priscilla) (Entered: 06/11/2010) |
| 06/07/2010 | | (Court only) ** Case set to IFP status., ** Prisoner ProSe Flag Set (Bowens, Priscilla) (Entered: 06/11/2010) |
| 06/14/2010 | 3 | ORDER TO SHOW CAUSE. Show Cause Hearing set for 9/10/2010 09:30 AM in Courtroom 6B South before Senior Judge Sterling Johnson Jr. Show Cause Response due by 7/19/2010. Petitioner's reply due by 08/16/2010. Ordered by Senior Judge Sterling Johnson, Jr on 6/14/2010.(Lee, Jessica) (Entered: 06/14/2010) |

| | | |
|---|---|---|
| 06/23/2010 | 4 | **ORDER TO SHOW CAUSE**: Petitioner is granted leave to proceed *in forma pauperis*. The United States Attorney, as attorney for respondent, is directed to show cause before this Court why said motion pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure should not be granted by the filing of a return to the petition. Within 20 days of receipt of this Order, the United States Attorney shall serve a copy his return on the petitioner herein. Petitioner, within 20 days of the date of receipt by him of a copy of the return of the United States Attorney, shall file his reply, if any, with proof of service, with Clerk of this Court. (Ordered by Senior Judge Sterling Johnson, Jr. on 6/10/2010) C/mailed. Electronic Service upon the U.S. Attorney's Office re: 1 Motion to Vacate/Set Aside/Correct Sentence (2255), 3 Order to Show Cause, dated 6/14/10. (**Show Cause Hearing set for 9/10/2010 at 9:30 a.m. in Courtroom 6B South** before **Senior Judge Sterling Johnson Jr.**; Show Cause Response due by 7/19/2010. Petitioner's reply due by 8/16/2010) (Latka–Mucha, Wieslawa) (Entered: 06/23/2010) |
| 07/16/2010 | 5 | Mail Returned as Undeliverable. Mail sent to Nigel Brown, #63566–053, MDC Brooklyn, P.O. Box 329002, Brooklyn, NY 11232. Return Label reads: "Return to Sender. Refused. Unable to Forward." (Manuel, Germaine) (Entered: 07/16/2010) |
| 07/26/2010 | 6 | NOTICE of Change of address (temporary) by Nigel Brown. Present address (holding facility): FTC Oklahoma City, P.O. Box 898801, Oklahoma City, OK 73189. The docket will reflect this change. (Manuel, Germaine) (Entered: 07/28/2010) |
| 08/04/2010 | 7 | Letter *Opposing Petitioner's Section 2255 Motion* by United States of America (Burlingame, Roger) (Entered: 08/04/2010) |
| 09/10/2010 | 8 | NOTICE of Change of address by Nigel Brown, from: FTC Oklahoma City, P.O. Box 898801, Oklahoma City, OK 73189; to: USP Lee, P.O. Box 305, Jonesville, VA 24263. The docket sheet will reflect this information. Attached is a Certificate of Service, and petitioner's cover letter. (Manuel, Germaine) (Entered: 09/13/2010) |
| 09/10/2010 | 9 | Petitioner's REPLY in Opposition to 7 the Government's Motion to Dismiss 1 Petitioner's Underlying 28 U.S.C. sec. 2255 Motion. filed by Nigel Brown. (Attachments: # 1 Exhibits) (Manuel, Germaine) (Entered: 09/13/2010) |
| 09/10/2010 | | Minute Entry for proceedings held before Senior Judge Sterling Johnson, Jr: Case called. Colleen Kavanaugh appearing for the government. Pro se Petitioner, in custody, not present. Status Conference held on 9/10/2010. Status Conference set for 11/18/2010 09:30 AM in Courtroom 6B South before Senior Judge Sterling Johnson Jr. (Court Reporter Anthony Mancuso.) (Rodriguez, Ana) (Entered: 09/24/2010) |
| 09/27/2010 | 10 | Letter *Briefly Responding to Petitioner's Recent Filing* by United States of America (Burlingame, Roger) (Entered: 09/27/2010) |
| 10/26/2010 | 11 | Petitioner's REPLY to the Government's 10 Letter; filed by *pro se* Nigel Brown, dated 10/19/2010. W/Attachment "A". (Latka–Mucha, Wieslawa) (Entered: 12/01/2010) |
| 11/17/2010 | | (Court only) ***Attorney Colleen Elizabeth Kavanagh for United States of America added. (Rodriguez, Ana) (Entered: 11/17/2010) |
| 11/18/2010 | | Minute Entry for proceedings held before Senior Judge Sterling Johnson, Jr: Case called. AUSA Celia Cohen appearing for the government. Status Conference held on 11/18/2010. The government is to have petitioner produced for the status Conference set for 12/1/2010 09:30 AM in Courtroom 6B South before Senior Judge Sterling Johnson Jr. (Court Reporter Anthony Mancuso.) (Rodriguez, Ana) (Entered: 11/18/2010) |
| 11/19/2010 | | (Court only) ***Attorney Roger Anson Burlingame for United States of America added. Attorney Colleen Elizabeth Kavanagh terminated. (Rodriguez, Ana) (Entered: 11/19/2010) |
| 12/01/2010 | | (Court only) *** Staff notes: Petitioner's address updated as per doc.# 11 . (Latka–Mucha, Wieslawa) (Entered: 12/01/2010) |

| | | |
|---|---|---|
| 12/01/2010 | | Minute Entry for proceedings held before Senior Judge Sterling Johnson, Jr: Case called. Petitioner, pro se, not produced. AUSA Roger Burlingame appearing for the government. Status Conference held on 12/1/2010. The government informs the Court petitioner is in another district and the motion is fully briefed. The Court reserves decision. (Court Reporter Gene Rudolph.) (Rodriguez, Ana) (Entered: 12/07/2010) |
| 12/07/2010 | 12 | MOTION to Appoint Counsel; filed by *pro se* Nigel Brown, dated 11/29/2010. (Latka−Mucha, Wieslawa) *(Modified)* (Entered: 12/17/2010) |
| 12/09/2010 | | ORDER endorsed on Petitioner's 12 Request for an Appointment of Counsel: Request denied. (Ordered by Senior Judge Sterling Johnson, Jr., on 12/9/2010) *C/mailed*. (Latka−Mucha, Wieslawa) (Entered: 12/17/2010) |
| 01/20/2011 | 13 | **MEMORANDUM ORDER** on Motion to Vacate, Set Aside or Correct Sentence (2255): Petitioner's 1 application for a writ of habeas corpus is denied as time−barred and dismissed with prejudice. The Clerk of the Court is directed to close this case. SO ORDERED. (Ordered by Senior Judge Sterling Johnson, Jr. on 1/20/2011) *C/mailed to petitioner with appeals packet.* (Latka−Mucha, Wieslawa) (Entered: 01/21/2011) |
| 02/24/2011 | 14 | NOTICE OF APPEAL as to 13 Order on Motion to Vacate/Set Aside/Correct Sentence (2255), by Nigel Brown. No fee paid. IFP granted. Although the case is time barred, a request for a Certifictae of Appealability is filed and a request for IFP is also filed. (McGee, Mary Ann) Modified on 3/1/2011 (McGee, Mary Ann). (Entered: 03/01/2011) |
| 03/01/2011 | | Electronic Index to Record on Appeal sent to US Court of Appeals 14 Notice of Appeal. Please note: The documents in this case are online and may be downloaded. (McGee, Mary Ann) (Entered: 03/01/2011) |